UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Case No. 4:05CV2353 RWS |
| MATRIX TECHNICAL SERVICES, INC., | ) ) | |
| Defendant(s). | ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant(s) on January 18, 2006.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 16th day of March, 2006.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE