UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:05CV2353RWS |
| MATRIX TECHNICAL SERVICES, INC., a Missouri Corporation, | ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Contempt. The Plaintiffs have

requested the Court's intervention because of the Defendant's failure to comply with an order of

this Court.

The Defendant has never entered an appearance in this matter. The Court entered a

default order on May 5, 2006, ordering Defendant to submit to an accounting. The Defendant

has failed and refused to comply with the Court's order, and again failed to appear before the

Court at the hearing on the instant motion held on August 31, 2006. The Defendant is therefore

in civil contempt of this court

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Contempt is hereby

**GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Matrix Technical Services, Inc., be fined

an amount of $200 for every day it continues to be in contempt of this Court, beginning with the

date of this order, payable to the Clerk of the Court. These fines shall mount daily until

Defendant has absolved itself of contempt by complying with the Court's May 5, 2006 Order.

Dated this 13th day of September, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE